

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00293-CV

FLOWER OF LIFE HEALING MINISTRIES, APPELLANT

V.

TRAVIS CENTRAL APPRAISAL DISTRICT, APPELLEE

On Appeal from the 126th District Court[1]
Travis County, Texas
Trial Court No. D-1-GN-19-006173, Honorable Maya Guerra Gamble, Presiding

November 20, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Flower of Life Healing Ministries, filed a notice of appeal from the trial court's *Order Granting Defendant's Motion to Dismiss* without paying the requisite filing fee. By letter of October 30, 2020, the Clerk of this Court notified appellant that the filing fee was overdue and that unless appellant was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by November 9 would result

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

in dismissal of the appeal. To date, appellant has not paid the filing fee or sought leave to proceed without payment of court costs.

Unless a party is excused from paying a filing fee, the Clerk of this Court is required to collect filing fees set by statute or by the Texas Supreme Court when an item is presented for filing. *See* TEX. R. APP. P. 5, 12.1(b), 20.1. Although the filing of a proper notice of appeal invokes an appellate court's jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed. TEX. R. APP. P. 25.1(b).

Because appellant has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

Per Curiam